1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY BRYAN TILLMAN,                      No.  2:14-cv-00699 GEB KJN P

12              Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   SUPERIOR COURT OF CALIFORNIA,

15              Defendants.

16

17        Plaintiff is a state prisoner, proceeding pro se, with this habeas corpus action.  Plaintiff

18   initiated this action pursuant to a civil rights complaint.  See Tillman v. Superior Court, Case No.

19   2:13-cv-00961 MCE DAD P.  On March 17, 2014, that action was dismissed without prejudice,

20   and the Clerk of Court directed to re-file, in a separate habeas action, plaintiff's subsequently-

21   filed petition for writ of habeas corpus (filed during the interim between the magistrate judge's

22   findings and recommendations and the district judge's final order).  That petition forms the basis

23   of the instant action.

24        However, the court's records reveal that, on March 5, 2014, plaintiff filed another habeas

25   corpus action containing virtually identical claims.  See Tillman v. Board of Parole Hearings,

26   Case No. 2:14-cv-00615-GGH P.[1]  Due to the duplicative nature of the present action, the court

27   _____

28   [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d
     500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                                  1

1    recommends that this action be dismissed without prejudice.

2            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

3    prejudice.  See Fed. R. Civ. P. 41(b).

4            These findings and recommendations are submitted to the District Judge assigned to this

5    case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served

6    with these findings and recommendations, plaintiff may file written objections with the court.

7    The document should be captioned "Objections to Magistrate Judge's Findings and

8    Recommendations."  Plaintiff is advised that failure to file objections within the specified time

9    may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

10   Cir. 1991).

11   Dated:  April 11, 2014

12

13   /till0699.23

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2